IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA SPRUILL, Individually and as personal representative of the Estate of Phillip Spruill, Deceased | : <br> : CIVIL ACTION <br> : <br> : |
| v. | : NO. 21-1174 <br> : |
| THE SCHOOL DISTRICT OF PHILADELPHIA and WES HEALTH SYSTEMS, INC. | : <br> : <br> : |

**O R D E R**

AND NOW, this    28th    day of October, 2021, it is hereby ORDERED the School District of Philadelphia's Motion to Dismiss (Doc. No. 12) is GRANTED IN PART and DENIED IN PART, and Count V of the Plaintiff's Complaint is DISMISSED against the Philadelphia School District.

BY THE COURT:


/s/ Juan R. Sanchez
_____
Juan R. Sanchez,          C.J.