

GAETANO A. D'ANDREA, ESQUIRE
BRIAN D. KENT, ESQUIRE
JILLIAN P. ROTH, ESQURE
MICHAEL MCFARLAND, ESQUIRE
DIRECT DIAL: (215) 399-9255
E-MAIL: cvgdteam@laffeybuccikent.com

*June 6, 2022*

<u>**VIA ECF**</u>
**Hon. Juan Sanchez, Chief Judge**
United States District Court of the Eastern District of
Pennsylvania
14613 U.S. Courthouse
601 Market Street, Courtroom 14-B
Philadelphia, PA 19106

      **RE: Linda Spruill v. School District of Philadelphia, et al.**
         **United States District Court for the Eastern**
         **District of Pennsylvania**
         **Civil Action No. 2:21-cv-01174-JS**

To the Honorable Judge Juan R. Sanchez,

  We write to inform the court that the above captioned matter has been amicably resolved after conducting formal mediation with all parties. Even though this case involves the death of a minor, all parties are in agreement that court approval is not required for any of the claims that survived the defendants' motions to dismiss. However, in an abundance of caution, all parties wanted to confer with the court to ensure that the court is in agreement and that we are not running afoul of any procedural requirements. All parties are seeking an informal response from the court or a status conference to discuss said issue if the court is inclined.

            Very Truly Yours,

            **LAFFEY, BUCCI, & KENT, LLP**

            _____
            Gaetano A. D'Andrea, Esquire

Brian D. Kent, Esquire
Jillian P. Roth, Esquire
Michael J. McFarland, Esquire
*Attorneys for Plaintiff*

Cc:

**BURNS WHITE LLC**
Anne S. Frankel, Esquire
Stewart T. O'Neal, Esquire
Marcy B. Tanker, Esquire
Burns and White
1001 Conshohocken State Road
Suite 1-515
West Conshohocken, PA 19428
asfrankel@burnswhite.com
soneal@burnswhite.com
mbtanker@burnswhite.com
*Attorneys for Defendants WES Health Services*

**WISLER PEARLSTINE, LLP**
Justin D. Barbetta, Esquire
Christina Gallagher, Esquire
460 Norristown Road
Suite 110
Blue Bell, PA 19422
*jbarbetta@wispearl.com*
*cgallagher@wispearl.com*
*Attorneys for Defendant School District of Philadelphia*

**THE SCHOOL DISTRICT OF PHILADELPHIA**
Hannah Girer-Rosenkrantz, Esq.
Assistant General Counsel
440 N. Broad St., Suite 313
Philadelphia, PA 19130
hgirerrosenkrantz@philasd.org
*Office of General Counsel for the School District of Philadelphia*