# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA SPRUILL, Individually and as Personal Representative of the Estate of PHILLIP SPRUILL, Deceased<br><br>Plaintiff<br><br>v.<br><br>School District of Philadelphia<br><br>and<br><br>WES Health Services<br><br>Defendants. | CIVIL ACTION NO. 2:21-cv-01174<br><br>JURY TRIAL DEMANDED<br><br>**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL PURSUANT TO LOCAL RULE 41.1 (b)** |

Pursuant to F.R.C.P 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 41.1 (b), Plaintiff and/or Plaintiff's counsel, hereby give notice that the above-captioned matter is voluntarily dismissed as the case has settled against all defendants.

Date: 06/16/2022

**LAFFEY, BUCCI & KENT, LLP**

_____
Gaetano A. D'Andrea, Esquire
Brian D. Kent, Esquire
Jillian P. Roth, Esquire
Michael J. McFarland, Esquire
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): 215-399-9255
(E): gdandrea@laffeybuccikent.com

*Counsel for Plaintiffs*